**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GEORGE BEASLEY** **PLAINTIFF**

**VS.** **No. 3:26-cv-00170 PSH**

**FRANK BISIGNANO,**
**COMMISSIONER, Social Security Administration** **DEFENDANT**

**ORDER**

Defendant Commissioner of Social Security ("Commissioner"), in his unopposed motion for voluntary remand (Doc. No. 9), requests this case be reversed and remanded for further administrative proceedings. For good cause shown, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 13th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE