**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GEORGE BEASLEY** **PLAINTIFF**

**VS.** **No. 3:26-cv-00170 PSH**

**FRANK BISIGNANO,**
**COMMISSIONER, Social Security Administration** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed this date, the case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE